IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERICO GOMEZ,<br><br>        Petitioner,<br><br>v.<br><br>UTAH BD. OF PARDONS & PAROLE et al.,<br><br>        Respondents. | **MEMORANDUM DECISION &<br>ORDER TO DISMISS**<br><br>Case No. 4:18-CV-20-DN<br><br>District Judge David Nuffer |

On February 26, 2020, the Court ordered Petitioner to within fourteen days show cause why his petition should not be dismissed because he failed to state a claim upon which relief may be granted. (ECF No. 17.) Petitioner has not responded as required.

IT IS THEREFORE ORDERED that, because Petitioner has failed to state a claim upon which relief may be granted, this action is DISMISSED.

DATED this 18th day of March, 2020.

BY THE COURT:

JUDGE DAVID NUFFER
United States District Court